# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

**ALEJANDRO SOTO RANGEL,**

***Petitioner*,**

**v.** **No. 3:26-cv-02227-LS**

**ERO EL PASO CAMP EAST MONTANA, et al.,**

***Respondents*.**

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on September 17, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**